# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TRUST UNDER DEED OF WALTER R. GARRISON | : | No. 587 MAL 2021 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: MARK R. GARRISON, CHRISTOPHER GARRISON, LINDSEY GARRISON, LIZA GARRISON, AND BRITTANY GARRISON | : | from the Order of the Superior Court |
| | : | |
| | : | |
| | : | |
| | : | |
| TRUST UNDER DEED OF WALTER R. GARRISON | : | No. 588 MAL 2021 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: MARK R. GARRISON, CHRISTOPHER GARRISON, LINDSEY GARRISON, LIZA GARRISON, AND BRITTANY GARRISON | : | from the Order of the Superior Court |
| | : | |
| | : | |
| | : | |
| | : | |
| TRUST UNDER DEED OF WALTER R. GARRISON | : | No. 589 MAL 2021 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: MARK R. GARRISON, CHRISTOPHER GARRISON, LINDSEY GARRISON, LIZA GARRISON, AND BRITTANY GARRISON | : | from the Order of the Superior Court |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

AND NOW, this 18th day of May, 2022, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by petitioner, is:

(1)    Did the Superior Court err by not enforcing modifications to trusts under 20 Pa. C.S.A. §7740.1(a), which were agreed to by both the settlor and all beneficiaries to allow for the replacement of trustees by a majority of beneficiaries after the death of the settlor?